**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

May 19, 2015

Hon. Carlos Garcia
Garcia & Garcia
Attorneys at Law, P.L.L.C.
PO Box 4545
McAllen, TX 78502-4545
* DELIVERED VIA E-MAIL *

Hon. Ricardo P. Rodriguez
Hidalgo County District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Hon. Michael W. Morris
Assistant Criminal District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-14-00441-CR
Tr.Ct.No.  CR-1836-00-D(1)
Style:   Rene Francisco Aguilera v. The State of Texas

      Appellant's motion for leave to file corrected reply brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of May 15, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch